# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PAUL R. SIVERTSON § <br> § <br> v. § <br> § <br> CITIBANK, N.A., AS TRUSTEE, IN § <br> TRUST FOR REGISTERED HOLDERS OF § <br> WAMU ASSET-BACKED CERTIFICATES § <br> WAMU SERIES NUMBER 2007-HE2 § <br> TRUST § | Civil Action No. 4:18-CV-169 <br> (Judge Mazzant/Judge Nowak) |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 23, 2020, the report of the Magistrate Judge (Dkt. #127) was entered, containing proposed findings of fact and recommendations that Defendant's first Motion for Entry of Final Judgment (Dkt. #117) be denied as moot and that Defendant's second Motion for Entry of Final Judgment (Dkt. #122) be granted.

Having considered the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant's first Motion for Entry of Final Judgment (Dkt. #117) is **DENIED AS MOOT** and Defendant's second Motion for Entry of Final Judgment (Dkt. #122) is **GRANTED IN PART**, as set forth in the Court's Final Judgment entered by separate order of even date. Defendant is entitled to entry of final judgment in its favor.

**SIGNED this 11th day of March, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE